■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAIWU JENKINS, Appellant. [945 NYS2d 555]—Judgment of resentence, Supreme Court, New York County (Ruth Pickholz, J.), rendered June 2, 2010, resentencing defendant, as a second felony offender, to two consecutive terms of 25 years, with an aggregate period of five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision (PRS) was neither barred by double jeopardy nor otherwise unlawful (see People v Lingle, 16 NY3d 621 [2011]). Defendant's argument regarding the calculation of his PRS term does not require any action by this court. Defendant's pro se claims are both procedurally defective and without merit. Concur—Gonzalez, P.J., Friedman, Renwick, Manzanet-Daniels and Román, JJ.